GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Defendant Gayle A. Kern, Ltd. dba*
*Kern & Associates, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | Case No.: 2:16-cv-01874-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRANSFER TO NORTHERN DIVISION, UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA** |
| TOWNHOUSE GREENS ASSOCIATION, INC., THUNDER PROPERTIES, INC., GAYLE A. KERN, LTD d/b/a KERN & ASSOCIATES, LTD., | |
| Defendants. | |

On or about August 8, 2016, Plaintiff Pennymac Loan Services, LLC ("Plaintiff") filed its Complaint in the above referenced matter. The subject matter concerns that certain real property located at and commonly known as 374 Smithridge Park, City of Reno, County of Washoe, State of Nevada. Defendant Gayle A. Kern, Ltd. d/b/a Kern & Associates, Ltd. ("Kern") is also located and conducts business in Washoe County, State of Nevada.

///

Based upon the foregoing, ***IT IS HEREBY STIPULATED*** between Plaintiff, by and through its counsel, Akerman LLP, and Kern, by and through its counsel Kern & Associates, Ltd., that the above-entitled action be ***TRANSFERRED*** to the Northern Division, United States District Court, District of Nevada, in Reno, County of Washoe, State of Nevada.

DATED this 24th day of August, 2016.          DATED this 24th day of August, 2016.

***KERN & ASSOCIATES, LTD.***                    ***AKERMAN, LLP***

 */s/ Karen M. Ayarbe, Esq.*                            */s/ Vatana Lay, Esq.* _____ ___
KAREN M. AYARBE, ESQ.                          ARIEL E. STERN, ESQ.
Nevada Bar No. 3358                            Nevada Bar No. 8276
GAYLE A. KERN, ESQ.                            VATANA LAY, ESQ.
Nevada Bar No. 1620                            Nevada Bar No. 12993
5421 Kietzke Lane, Ste. 200                    1160 Town Center Drive, Ste. 330
Reno, NV 89511                                 Las Vegas, NV 89144
Tel: (775) 324-5930                            Tel: (702) 634-5000
Fax: (775) 324-6173                            Fax: (702) 380-8572
*Attorneys for Defendant Gayle A. Kern,*       *Attorneys for Plaintiff,*
*Ltd. dba Kern & Associates, Ltd.*             *Pennymac Loan Services, LLC*

## ORDER

**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the District of Nevada, Northern Division, pursuant to 28 U.S.C. § 1404(b).

**IT IS FURTHER ORDERED** that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

_____
UNITED STATES DISTRICT JUDGE

DATED this __25__ day of August, 2016.

*Respectfully Submitted By:*

 */s/ Karen M. Ayarbe, Esq.* _____
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Gayle A. Kern, Ltd. dba Kern & Associates, Ltd.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***Stipulation and Order to Transfer to Northern Division, United States District Court, District of Nevada*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**Vatana Lay**
vatana.lay@akerman.com,brieanne.siriwan@akerman.com

**Ariel E. Stern**
ariel.stern@akerman.com,julia.diaz2@akerman.com,erin.abugow@akerman.com,darren.brenner@akerman.com,tracey.wayne@akerman.com,jennifer.richardson@akerman.com,william.habdas@akerman

 */s/ Teresa A. Gearhart*
An Employee of Kern & Associates, Ltd.